■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH POLIZZANO, Appellant.— No opinion. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE MARTIN, Appellant.— No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ In the Matter of the Probate of the Will of MINNIE A. NUTTING, Deceased. ALFRED A. BROWN et al., Respondents; WILLIAM A. MCCARTHY et al., Appellants.— No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE E. JONES, Appellant.— No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUAN FIGUEROA, Appellant.— No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between BURTON BROWNE, Appellant, and LOCAL 89, CHEFS, COOKS, PASTRY COOKS and ASSISTANTS OF NEW YORK AFL-CIO, Respondent.— No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ FRANCES BARAL et al., Appellants, v. JOINT HOLDING CO., INC., Respondent.— No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ KIDDER, PEABODY & Co., Respondent, v. LEONARD LOEWE et al., Defendants, and ARTHUR KATZ, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ CELIA LIEBMAN, Appellant, v. IRVING GREENSPAN, Respondent.— No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ In the Matter of the Arbitration between FREDERIC J. DORMER, Appellant, and ANGLO FABRICS Co., INC., Respondent.— No opinion. Concur — Botein, P. J., Valente, McNally and Bergan, JJ.

■ THERESA SEABORN et al., Appellants, v. MANHATTAN CENTER, INC., Respondent.— No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ NEVA L. HARMON, Respondent, v. CHARLES J. HARMON, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ KEVIN JOHNSON, an Infant, by BEATRICE JOHNSON, His Guardian ad Litem, et al., Appellants, v. JOSEPH KASWAN et al., Respondents.— No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.